IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
D.S., by and through      )
his guardian ad litem     )
and next friend,          )
Trina Williams,           )
                          )
     Plaintiff,           )
                          )      CIVIL ACTION NO.
     v.                   )      2:04cv396-MHT
                          )          (WO)
COUNTY OF MONTGOMERY,     )
STATE OF ALABAMA;         )
MILTON WEBB;              )
CHARLIE TERRELL;          )
DARRYL ANDREWS;           )
AND NATALIE JOHNSON,      )
                          )
     Defendants.          )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that defendants Milton Webb, Charlie Terrell, Darryl Andrews, and Natalie Johnson Mason, and Montgomery County, Alabama's motion for  summary judgment (Doc. No. 67) is granted in part and denied in part as follows:

(1) Summary judgment is denied on plaintiff D.S.'s federal failure-to-protect claim against defendants Webb, Terrell, and Andrews in their individual capacities. This claim will proceed to trial.

(2) Summary judgment is denied on plaintiff D.S.'s state failure-to-protect claim against defendants Webb, Terrell, and Andrews in their individual capacities and against defendant Montgomery County except as to punitive damages. This claim will proceed to trial except as to punitive damages against defendant Montgomery County.

(3) Summary judgment is granted in all other respects. Judgment is entered in favor of defendants Webb, Terrell, Andrews, Mason, and Montgomery County and against plaintiff D.S., with plaintiff D.S taking nothing by his complaint, in these respects: summary judgment is granted on the federal failure-to-protect claim against defendants Mason and Montgomery County; on the state failure-to-protect claim against defendant Mason; on the state failure-to-protect claim against defendant

Montgomery County to the extent punitive damages are sought; on the state placement-in-general-population and failure-to-provide-prompt-medical-care claims against defendants Mason and Montgomery County; and on all federal and state claims to the extent defendants Webb, Terrell, Andrews, and Mason have been sued in their official capacities. Defendant Mason is no longer a party to this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of November, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE