IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
D.S., by and through        )
his guardian ad litem       )
and next friend,            )
Trina Williams,             )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )    2:04cv396-MHT
                            )         (WO)
COUNTY OF MONTGOMERY,       )
STATE OF ALABAMA;           )
MILTON WEBB;                )
CHARLIE TERRELL; and        )
DARRYL ANDREWS,             )
                            )
     Defendants.            )
```

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on July 3, 2008, wherein the final judgment of this court made and entered herein on November 16, 2007 (Doc. No. 229), was reversed in part and affirmed in part; and the

mandate of the United States Court of Appeals for the Eleventh Circuit issued on August 14, 2008, and received in the office of the clerk of this court on August 14, 2008 (Doc. No. 249), it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) The final judgment of this court made and entered on November 16, 2007 (Doc. No. 229), is vacated to the extent that summary judgment was denied on plaintiff D.S.'s federal failure-to-protect claim against defendants Milton Webb, Charlie Terrell, and Darryl Andrews in their individual capacities.

(2) Summary judgment is granted on plaintiff D.S.'s federal failure-to-protect claims against defendants Webb, Terrell, and Andrews in their individual capacities.

(3) Summary judgment is entered in favor of defendants Webb, Terrell, and Andrews in their individual capacities on plaintiff D.S.'s federal failure-to-protect

claim, with plaintiff D.S. taking nothing by his complaint as to this claim.

(4) The final judgment made and entered herein on November 16, 2007 (Doc. No. 229), is continued in full force and effect to the extent summary judgment was denied on plaintiff D.S.'s state failure-to-protect claim against defendants Webb, Terrell, and Andrews in their individual capacities and against defendant Montgomery County except as to punitive damages.  This claim will proceed to trial except as to punitive damages against defendant Montgomery County.

(5) The stay entered on December 11, 2007 (Doc. No. 245), is dissolved.

(6) This case is reopened.

(7) The jury selection and trial of plaintiff D.S.'s state failure-to-protect claim against defendants Webb, Terrell, and Andrews in their individual capacities and against defendant Montgomery County except as to punitive damages are set for December 1, 2008, at 10:00 a.m. at

the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of August, 2008.

<u>   /s/ Myron H. Thompson   </u>
**UNITED STATES DISTRICT JUDGE**